UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ASATA D. LOWE, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) ) | No.: 3:22-CV-42-KAC-DCP |
| MIKE PARRIS, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum and Order filed herewith, the amended petition for writ of habeas corpus is **DENIED** as a second or successive petition, and this action is **DISMISSED WITH PREJUDICE**.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be frivolous, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

**SO ORDERED.**

**ENTER:**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT